UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-30628-JNP |
| MCGUIRE, THOMAS A., JR. | Chapter: 7 |
| MCGUIRE, CATHERINE C. | Judge: Jerrold N. Poslusny, Jr. |

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on February 26, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 321 CATTELL AVENUE, COLLINGSWOOD NJ 08107<br>(FMV $250,000.00) |

| | |
|---|---|
| Liens on property: | $188,502.00-NEW PENN FIN-SHELLPOINT - 1ST<br>$36,415.72- OCWEN LOAN SERVICING LLC - 2ND<br>$5,800.00- PA DEPT OF REVENUE |

| | |
|---|---|
| Amount of equity claimed as exempt: | $19,282.28 |

Objections must be served on, and requests for additional information directed to:

Name:    Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-30628-JNP
Thomas A. McGuire, Jr.                                                   Chapter 7
Catherine C. McGuire
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin                 Page 1 of 3            Date Rcvd: Jan 23, 2019
                             Form ID: pdf905             Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
```
db/jdb         +Thomas A. McGuire, Jr.,    Catherine C. McGuire,    321 Cattell Avenue,
                 Collingswood, NJ 08107-2312
cr             +1st Colonial Community Bank,    c/o Saldutti Law Group,    800 N Kings Highway,    Suite 300,
                 Cherry Hill, NJ 08034-1511
517817383      +Absolute Resolutions Investments, LLC,    8000 Norman Center Drive,    Suite 350,
                 Bloomington, MN 55437-1118
517817384      +Alpha Recovery Corp.,    6912 S. Quentin Street,    Unit 10,    Centennial, CO 80112-4531
517817385       American Coradius International,    35A Rust Lane,    Boerne, TX 78006-8202
517817386      +Amex,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
517817387      +Anthony F. Bruce L.L.C. CPA,    405 Kings Highway South,    Cherry Hill, NJ 08034-2512
517817388      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
517817389       Asset Recovery Solutions, LLC,    2200 E. Devon Avenue,    Suite 200,
                 Des Plaines, IL 60018-4501
517817390      +Business Revenue Systems, Inc.,    6032 Trier Road,    Fort Wayne, IN 46815-5337
517817395      +CCS/First National Bank,    500 East 60th Street N.,    Sioux Falls, SD 57104-0478
517817396      +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
517817397      +Children's Hospital of Philadelphia,    3401 Civic Center Blvd,    Philadelphia, PA 19104-4319
517817398      +Christopher P. Odogbili, Esq.,    Pressler, Felt & Warshaw, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517817399      +Citizens Bank N.A.,    480 Jefferson Blvd,    Warwick, RI 02886-1359
517817401      +ConServe,    200 CrossKeys Office Park,    Fairport, NY 14450-3510
517817402      +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4927
517817403      +D&D Invesco LLC,    75 Holly Oak Drive,    Voorhees, NJ 08043-1540
517817406      +Elliott Karetny,    261 Woodlawn Terrace,    Collingswood, NJ 08108-1542
517817413      +FMA Alliance, Ltd.,    12339 Cutten Road,    Houston, TX 77066-1807
517817417      +Financial Recoveries,    200 E. Park Drive,    Suite 100,    Mount Laurel, NJ 08054-1297
517817408       First Bankcard,    P.O. Box 2557,    Omaha, NE 68103-2557
517817409       First National Credit Card,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
517817410      +First Premier Bank,    601 S. Minnesota Avenu,    Sioux Falls, SD 57104-4868
517817411       FirstCredit,    P.O. Box 630838,    Cincinnati, OH 45263-0838
517817412       Firstsource Advantage, LLC,    206 Bryant Woods South,    Amherst, NY 14228
517817414       Ford Credit,    P.O. Box 6508,    Mesa, AZ 85216-6508
517817415      +Ford Motor Credit,    P.O. Box 542000,    Omaha, NE 68154-8000
517817416      +Frank Croce,    821 Belmont Avenue,    Collingswood, NJ 08108-3103
517817420      +Kristina G. Murtha, Esq.,    KML Law Group, P.C.,    216 Haddon Ave #406,
                 Collingswood, NJ 08108-2812
517817422       Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
517817423       Lourdes Health System,    P.O. Box 822099,    Philadelphia, PA 19182-2099
517817424       Lourdes Medical Associates,    P.O. Box 824626,    Philadelphia, PA 19182-4626
517817425      +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive,    Suite 100,
                 Mount Laurel, NJ 08054-2239
517817428      +MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517817427       Morgan, Bornstein & Morgan,    1235 Brace Road,    Suite K,    Cherry Hill, NJ 08034-3269
517817429      +New Penn Fin-Shellpoint,    75 Beattie Place,    Ste 300,    Greenville, SC 29601-2138
517817430      +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
517817431       Ocwen Loan Servicing, LLC,    P.O. Box 24788,    West Palm Beach, FL 33416-4788
517817432       PA Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280432,
                 Harrisburg, PA 17128-0432
517817433       PA Dept. of Revenue,    Bureau of Individual Taxes,    P.O. Box 280431,
                 Harrisburg, PA 17128-0431
517817438      +PHEAA,    P.O. Box 61017,    Harrisburg, PA 17106-1017
517817434      +Paul D. Flynn Lawn Care,    232 Reading Avenue,    Oaklyn, NJ 08107-1416
517817435      +Paypal Credit,    P.O. Box 5138,    Timonium, MD 21094-5138
517817436      +Penn Credit,    P.O. Box 1259,    Dept. 91047,    Oaks, PA 19456-1259
517870537       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
517817437      +Performant Recovery, Inc.,    333 North Canyons Parkway,    Suite 100,    Livermore, CA 94551-9480
517817441       Radiology Associates of New Jersey, P.C.,    28075 Network Place,    Chicago, IL 60673-1280
517817442      +Radius Global Solutions, LLC,    P.O. Box 390646,    Minneapolis, MN 55439-0646
517817444       Rushmore Service Center,    P.O. Box 5508,    Sioux Falls, SD 57117-5508
517817446       State of NJ,    Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
517817448      +Sunnova,    20 Greenway Plaza,    Suite 475,    Houston, TX 77046-2015
517817450      +TD Bank,    1130 White Horse Pike,    Oaklyn, NJ 08107-1037
517817451      +TD Bank USA/Targetcred,    P.O. Box 673,    Minneapolis, MN 55440-0673
517817452      +The Bank of New York Mellon,    c/o Jason A. McCumber, Esq.,    McGlinchey Stafford,
                 112 West 34th Street, Ste 1515,    New York, NY 10120-1515
517817453      +Thomas & Pat McGuire,    12183 Aster Road,    Philadelphia, PA 19154-1701
517817454       Tri-State Pathology Consultant,    111 Continental Drive,    Suite 304,    Newark, DE 19713-4317
517817456      +William Gillon,    621 Walnut Lane,    Philadelphia, PA 19128-1713
```

```
District/off: 0312-1          User: admin              Page 2 of 3                  Date Rcvd: Jan 23, 2019
                              Form ID: pdf905          Total Noticed: 81
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 23:50:31      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 23:50:28      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517817382       +E-mail/Text: yhan@1stcnb.net Jan 23 2019 23:51:18      1st Colonial Bank,   1040 Haddon Avenue,
                 Collingswood, NJ 08108-2123
517817391        E-mail/Text: info@chcollects.com Jan 23 2019 23:51:41     C & H Collection Services Inc.,
                 P.O. Box 1399,   Merchantville, NJ 08109-0399
517817392        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2019 23:57:15      Capital One,
                 15000 Capital One Drive,   Richmond, VA 23238
517817394        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2019 23:55:49
                 Capital One Bank USA, N.A.,   15000 Capital One Drive,   Richmond, VA 23238
517817393       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2019 23:55:50      Capital One,
                 Attn: Bankruptcy,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
517817400       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 23 2019 23:50:15
                 Comenity Bk/Williams Sonoma,   P.O. Box 182120,   Columbus, OH 43218-2120
517817405       +E-mail/Text: mrdiscen@discover.com Jan 23 2019 23:49:23      Discover Fin Svcs LLC,
                 P.O. Box 15316,   Wilmington, DE 19850-5316
517817417        E-mail/Text: bankruptcies@halstedfinancial.com Jan 23 2019 23:51:27
                 Halsted Financial Services, LLC,   P.O. Box 828,   Skokie, IL 60076-0828
517817418        E-mail/Text: Harris@ebn.phinsolutions.com Jan 23 2019 23:51:45      Harris & Harris, Ltd.,
                 111 West Jackson Blvd,   Suite 400,   Chicago, IL 60604-4135
517817404        E-mail/Text: cio.bncmail@irs.gov Jan 23 2019 23:49:41      Department of the Treasury,
                 Internal Revenue Service,   Cincinnati, OH 45999-0030
517817419       +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 23 2019 23:49:31      Kohls/Capital One,
                 N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-5660
517817421       +E-mail/Text: bk@lendingclub.com Jan 23 2019 23:51:07      Lending Club Corp,
                 71 Stevenson Street,   Suite 300,   San Francisco, CA 94105-2985
517817426       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2019 23:50:27      Midland Credit Management,
                 2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
517817439        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 23:56:37
                 Portfolio Recovery Associates,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502
517817440        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 23:57:22
                 Portfolio Recovery Associates, LLC,   P.O. Box 12914,   Norfolk, VA 23541
517817443        E-mail/Text: bkrpt@retrievalmasters.com Jan 23 2019 23:50:27
                 Retrieval Masters Creditors Bureau, Inc.,   P.O. Box 1235,   Elmsford, NY 10523-0935
517817445        E-mail/Text: bankruptcy@sw-credit.com Jan 23 2019 23:50:31      Southwest Credit,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
517817447       +E-mail/Text: bncnotices@stengerlaw.com Jan 23 2019 23:49:24      Stenger & Stenger, P.C.,
                 2618 East Paris Avenue SE,   Grand Rapids, MI 49546-2458
517817449       +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:57:08      Syncb/Lowes,   P.O. Box 956005,
                 Orlando, FL 32896-0001
517818546       +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:56:23      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517817455       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 23 2019 23:49:17
                 Verizon Wireless,   P.O. Box 650051,   Dallas, TX 75265-0051
                                                                                              TOTAL: 23

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                 Page 3 of 3         Date Rcvd: Jan 23, 2019
                              Form ID: pdf905             Total Noticed: 81
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2019 at the address(es) listed below:
              Alicia M. Sandoval    on behalf of Plaintiff    TRUPEX MANAGEMENT GROUP, INC
                alicia.sandoval@obermayer.com,    Patricia.Schlindwein@obermayer.com;vanja.moraca@obermayer.com
              Alicia M. Sandoval    on behalf of Plaintiff    TRUPEX RESTORATION SOLUTIONS, LLC
                alicia.sandoval@obermayer.com,    Patricia.Schlindwein@obermayer.com;vanja.moraca@obermayer.com
              Andrew  Sklar     andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Brian J. Schaffer    on behalf of Creditor    1st Colonial Community Bank bschaffer@slgcollect.com,
                kcollins@slgcollect.com
              Douglas G. Leney    on behalf of Plaintiff    D&D Invesco, LLC dleney@archerlaw.com
              Karina Pia Lucid    on behalf of Debtor Thomas A. McGuire, Jr. klucid@karinalucidlaw.com,
                R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Karina Pia Lucid    on behalf of Joint Debtor Catherine C. McGuire klucid@karinalucidlaw.com,
                R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
                as Trustee et al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```