UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph A. McCormick, Jr. (016221977)
**JOSEPH A. MCCORMICK, JR., P.A.**
76 Euclid Avenue
Suite 103
Haddonfield, NJ  08033
(856)795-6500
Attorney for Chapter 7 Trustee

Order Filed on January 30, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No. | 18-30628-JNP |
|---|---|---|
| Thomas A. McGuire, Jr. and Catherine C. McGuire, | Judge: | Honorable Poslusny |
| Debtors. | Chapter: | 7 |

Recommended Local Form:    ■ Followed    ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF ATTORNEY FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 30, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| In re: | Thomas A. McGuire, Jr. and Catherine C. McGuire |
| Case No.: | 18-30628-JNP |
| Applicant: | Andrew Sklar |

■ Trustee:   ■ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13   ☐ Interim (§303g)

☐ Official Committee of _____

Professional: Joseph A. McCormick, Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.

■ Attorney for:

■ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, <u>Andrew Sklar, Trustee</u>, is authorized to retain the professional, <u>Joseph A. McCormick, Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.</u> to act as <u>Attorney for Trustee.</u>

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*

T:\Joint Clients\McGuire, Thomas MB-2035-M\App for Retention- JAM\Proposed Order for Retention 01 21 19 kbt.wpd