UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph A. McCormick, Jr. (016221977)
**JOSEPH A. MCCORMICK, JR., P.A.**
76 Euclid Avenue
Suite 103
Haddonfield, NJ   08033
(856)795-6500
Attorney for Chapter 7 Trustee

**Order Filed on January 30, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.     18-30628-JNP |
| Thomas A. McGuire, Jr. and Catherine C. McGuire, | Judge:       Honorable Poslusny |
| Debtors. | Chapter:     7 |

Recommended Local Form:     ■ Followed     ☐ Modified

### ORDER AUTHORIZING
### RETENTION OF ATTORNEY FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: January 30, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:          Thomas A. McGuire, Jr. and Catherine C. McGuire

Case No.:       18-30628-JNP

Applicant:      Andrew Sklar

■ Trustee: ■ Chap. 7        ☐ Chap. 11        ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11        ☐ Chap. 13        ☐ Interim
                                              (§303g)

☐ Official Committee of _____

Professional:  Joseph A. McCormick,  Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.

■ Attorney for:

■ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐
                                                  Auctioneer

☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant, <u>Andrew Sklar, Trustee</u>, is authorized to retain the professional,
        <u>Joseph A. McCormick, Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.</u>
        to act as <u>Attorney for Trustee.</u>

2

2.      Compensation shall be paid in such amounts as may be allowed by the Court
upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the
Court.

*Rev. 7/1/04; jml*

T:\Joint Clients\McGuire, Thomas MB-2035-M\App for Retention- JAM\Proposed Order for Retention 01 21 19 kbt.wpd

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-30628-JNP
Thomas A. McGuire, Jr.                                                    Chapter 7
Catherine C. McGuire
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Jan 30, 2019
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2019.
db/jdb          +Thomas A. McGuire, Jr.,   Catherine C. McGuire,   321 Cattell Avenue,
                Collingswood, NJ 08107-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2019 at the address(es) listed below:
            Alicia M. Sandoval    on behalf of Plaintiff    TRUPEX RESTORATION SOLUTIONS, LLC
            alicia.sandoval@obermayer.com,  Patricia.Schlindwein@obermayer.com;vanja.moraca@obermayer.com
            Alicia M. Sandoval    on behalf of Plaintiff    TRUPEX MANAGEMENT GROUP, INC
            alicia.sandoval@obermayer.com,  Patricia.Schlindwein@obermayer.com;vanja.moraca@obermayer.com
            Andrew  Sklar    andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com
            Brian J. Schaffer    on behalf of Creditor    1st Colonial Community Bank bschaffer@slgcollect.com,
            kcollins@slgcollect.com
            Douglas G. Leney    on behalf of Plaintiff    D&D Invesco, LLC dleney@archerlaw.com
            Joseph A McCormick, Jr.    on behalf of Trustee Andrew  Sklar jmccormick@mccormicknjlaw.com,
            karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
            jlaw.com
            Karina Pia Lucid    on behalf of Debtor Thomas A. McGuire, Jr. klucid@karinalucidlaw.com,
            R43327@notify.bestcase.com;admin@karinalucidlaw.com
            Karina Pia Lucid    on behalf of Joint Debtor Catherine C. McGuire klucid@karinalucidlaw.com,
            R43327@notify.bestcase.com;admin@karinalucidlaw.com
            Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
            as Trustee et al... rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                          TOTAL: 10