UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: THOMAS A. MCGUIRE, JR. and | Case No.: | 18-30628 (JNP) |
| CATHERINE C. MCGUIRE | Chapter: | 7 |
| | Judge: | Jerrold N. Poslusny |

## AMENDED NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Andrew Sklar, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below.  If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

---

Address of the Clerk:

Jeanne Naughton, Clerk
United States Bankruptcy Court
401 Market Street
Camden, NJ 08101

---

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny  on  Tuesday August 3, 2021 at 11:00  a.m. at the United States Bankruptcy Court, courtroom no.  4C , Mitchell H. Cohen Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey, 08101    (hearing to be scheduled for at least 28 days from the date of the filing of the notice).  If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

---

Nature of action:

The Trustee commenced an adversary proceeding against William Gillon ("Gillon"), a former business associate of Thomas A. McGuire, Jr. (the "Debtor") in PA Mold Solutions, LLC ("PA Mold"). Captioned as Andrew Sklar, Trustee v. William Gillon, and PA Mold Solutions, LLC, Adversary # 20-01537, the Complaint pled conversion, breach of fiduciary duty and related causes of action arising from the division of the proceeds realized from a sale of the assets of PA Mold.  The Complaint demanded $89,200.00.

Gillon asserted defenses to said claims, including set-offs from payment of debts of PA Mold.

---

Pertinent terms of settlement:

The Trustee shall accept the sum of $30,250.00 (the "Settlement Amount") as full and final settlement of any and all claims that the Trustee may possess against Gillon in the adversary proceeding. The Settlement Amount shall be paid by Gillon as follows: $10,250.00 on or before May 14, 2021; $5,000.00 on or before June 14, 2021;  $5,000.00 on or before July 14, 2021; and $10,000.00 on or before August 30, 2021.  There is a no grace period for the payments and said dates are of the essence.

The settlement is conditioned on Gillon providing proof of payment of certain amounts to: 1st Colonial Bank; the State of New Jersey Division of Taxation; John D. Pojawis, Jr. CPA for services related to tax obligations of PA Mold Solutions, LLC in the amount of $1,250; and Payments to D&D Invesco,

LLC in the amount of $6,500.00.

In the event that Gillon fails to make the agreed upon payments as set forth above, the Trustee shall be entitled to judgment in the amount of $45,000.00, less any amounts paid, upon the filing of a Certification of Default with notice to the Debtor.

The Trustee assigns the Estate's rights to any portion of the $40,000.00 held in escrow for bulk sales taxes from the sale of the assets of PA Mold Solutions, LLC by New Jersey Attorney Julie LaVan subject to and effective upon the payment of the full Settlement Amount.

The Trustee has determined that the probable expense, likelihood of success and difficulty of collection on the claims more than justify the Proposed Settlement. The business judgment of the Trustee is that the settlement is in the best interest of creditors and the Estate.

This amends the Notice of Proposed Compromise or Settlement of Controversy filed on May 20, 2021 as Document No. 34 for which a Certificate of No Objection was entered on June 10, 2021 as Document No. 35.

Objections must be served on, and requests for additional information directed to:

Name:        Joseph A. McCormick, Jr., Esq., Attorney for Trustee

Address:       76 East Euclid Avenue-Suite 103, Haddonfield, NJ 08033

Telephone No.:  (856) 795-6500

T:\Joint Clients\McGuire, Thomas MB-2035-M\Gillon complaint\Amended Notice of Proposed Compromise for Settlement of Controversy 06 29 21.wpd

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-30628-JNP

Thomas A. McGuire, Jr.                                                      Chapter 7

Catherine C. McGuire

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 5

Date Rcvd: Jul 01, 2021                  Form ID: pdf905                   Total Noticed: 100

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. McGuire, Jr., Catherine C. McGuire, 821 Belmont Avenue, Collingswood, NJ 08108-3103 |
| 518124896 | + | 1st Colonial Community Bank, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 517817385 | ++++ | AMERICAN CORADIUS INTERNATIONAL, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, American Coradius International, 35A Rust Lane, Boerne, TX 78006-8202 |
| 517817384 | + | Alpha Recovery Corp., 6912 S. Quentin Street, Unit 10, Centennial, CO 80112-4531 |
| 518074130 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517817386 | + | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517817387 | + | Anthony F. Bruce L.L.C. CPA, 405 Kings Highway South, Cherry Hill, NJ 08034-2512 |
| 517817388 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517817389 | | Asset Recovery Solutions, LLC, 2200 E. Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 517817395 | + | CCS/First National Bank, 500 East 60th Street N., Sioux Falls, SD 57104-0478 |
| 518064358 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517817397 | + | Children's Hospital of Philadelphia, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 517817398 | + | Christopher P. Odogbili, Esq., Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517817401 | + | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450-3510 |
| 517817403 | + | D&D Invesco LLC, 75 Holly Oak Drive, Voorhees, NJ 08043-1540 |
| 517817406 | + | Elliott Karetny, 261 Woodlawn Terrace, Collingswood, NJ 08108-1542 |
| 517817413 | + | FMA Alliance, Ltd., 12339 Cutten Road, Houston, TX 77066-1807 |
| 517817407 | + | Financial Recoveries, 200 E. Park Drive, Suite 100, Mount Laurel, NJ 08054-1297 |
| 517817408 | | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 517817409 | | First National Credit Card, P.O. Box 5097, Sioux Falls, SD 57117-5097 |
| 517817410 | + | First Premier Bank, 601 S. Minnesota Avenu, Sioux Falls, SD 57104-4868 |
| 517817411 | | FirstCredit, P.O. Box 630838, Cincinnati, OH 45263-0838 |
| 517817412 | | Firstsource Advantage, LLC, 206 Bryant Woods South, Amherst, NY 14228 |
| 517817414 | | Ford Credit, P.O. Box 6508, Mesa, AZ 85216-6508 |
| 517817415 | + | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 518005408 | + | Ford Motor Credit Co., LLC, Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 517817416 | + | Frank Croce, 821 Belmont Avenue, Collingswood, NJ 08108-3103 |
| 517817422 | | Linebarger Goggan Blair & Sampson, LLP, P.O. Box 90128, Harrisburg, PA 17109-0128 |
| 517817423 | | Lourdes Health System, P.O. Box 822099, Philadelphia, PA 19182-2099 |
| 517817424 | | Lourdes Medical Associates, P.O. Box 824626, Philadelphia, PA 19182-4626 |
| 517817425 | + | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 517817428 | + | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 517817427 | | Morgan, Bornstein & Morgan, 1235 Brace Road, Suite K, Cherry Hill, NJ 08034-3269 |
| 517817429 | + | New Penn Fin-Shellpoint, 75 Beattie Place, Ste 300, Greenville, SC 29601-2138 |
| 517817430 | + | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 517817431 | | Ocwen Loan Servicing, LLC, P.O. Box 24788, West Palm Beach, FL 33416-4788 |
| 517817432 | | PA Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 517817433 | | PA Dept. of Revenue, Bureau of Individual Taxes, P.O. Box 280431, Harrisburg, PA 17128-0431 |
| 518042473 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |

District/off: 0312-1             User: admin                         Page 2 of 5

Date Rcvd: Jul 01, 2021             Form ID: pdf905                   Total Noticed: 100

| | | |
|---|---|---|
| 517817438 | + | PHEAA, P.O. Box 61017, Harrisburg, PA 17106-1017 |
| 517817434 | + | Paul D. Flynn Lawn Care, 232 Reading Avenue, Oaklyn, NJ 08107-1416 |
| 517817436 | + | Penn Credit, P.O. Box 1259, Dept. 91047, Oaks, PA 19456-1259 |
| 517870537 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 517817437 | + | Performant Recovery, Inc., 333 North Canyons Parkway, Suite 100, Livermore, CA 94551-9480 |
| 517817441 | | Radiology Associates of New Jersey, P.C., 28075 Network Place, Chicago, IL 60673-1280 |
| 517817442 | + | Radius Global Solutions, LLC, P.O. Box 390646, Minneapolis, MN 55439-0646 |
| 517817444 | | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117-5508 |
| 518099221 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517817446 | | State of NJ, Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 517817450 | + | TD Bank, 1130 White Horse Pike, Oaklyn, NJ 08107-1037 |
| 517817451 | + | TD Bank USA/Targetcred, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 518099461 | + | TRUPEX MANAGEMENT GROUP, INC., 630 S.ATLANTIC AVENUE, SUITE B, COLLINGSWOOD,NJ 08108-3071 |
| 518101169 | + | TRUPEX RESTORATION SOLUTIONS,LLC., 630 S. ATLANTIC AVENUE, SUITE B, COLLINGSWOOD,NJ 08108-3071 |
| 517817452 | + | The Bank of New York Mellon, c/o Jason A. McCumber, Esq., McGlinchey Stafford, 112 West 34th Street, Ste 1515, New York, NY 10120-1515 |
| 517817453 | + | Thomas & Pat McGuire, 12183 Aster Road, Philadelphia, PA 19154-1701 |
| 517817454 | | Tri-State Pathology Consultant, 111 Continental Drive, Suite 304, Newark, DE 19713-4317 |
| 518103918 | + | Trupex Management Group, Inc., c/o Matthew Green, Esquire, 1120 Route 73, Suite 420, Mount Laurel NJ 08054-5108 |
| 518199019 | + | Wiliam P.Gillon, c/o John A.Zohlman,III, 57 Kresson Road, Cherry Hill NJ 08034-3206 |
| 517817456 | + | William Gillon, 621 Walnut Lane, Philadelphia, PA 19128-1713 |

TOTAL: 59

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 01 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 01 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517817382 | + | Email/Text: yhan@1stcnb.net | Jul 01 2021 20:37:00 | 1st Colonial Bank, 1040 Haddon Avenue, Collingswood, NJ 08108-2123 |
| 517817383 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 01 2021 20:35:00 | Absolute Resolutions Investments, LLC, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 517992359 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 01 2021 20:35:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 517817390 | + | Email/Text: payments@brsi.net | Jul 01 2021 20:37:00 | Business Revenue Systems, Inc., 6032 Trier Road, Fort Wayne, IN 46815-5337 |
| 517817391 | | Email/Text: info@chcollects.com | Jul 01 2021 20:37:00 | C & H Collection Services Inc., P.O. Box 1399, Merchantville, NJ 08109-0399 |
| 517817392 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 01 2021 20:42:58 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 517817394 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 01 2021 20:42:57 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 517817399 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 01 2021 20:35:00 | Citizens Bank N.A., 480 Jefferson Blvd, Warwick, RI 02886 |
| 518179178 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 01 2021 20:35:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02909 |
| 517817393 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 01 2021 20:42:58 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518007389 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 01 2021 20:43:17 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 0312-1                          User: admin                                   Page 3 of 5

Date Rcvd: Jul 01, 2021                     Form ID: pdf905                              Total Noticed: 100

| 517817400 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 01 2021 20:36:00 | Comenity Bk/Williams Sonoma, P.O. Box 182120, Columbus, OH 43218-2120 |
| 517817402 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 01 2021 20:36:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517993736 | | Email/Text: mrdiscen@discover.com | Jul 01 2021 20:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517817405 | + | Email/Text: mrdiscen@discover.com | Jul 01 2021 20:35:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 517817417 | | Email/Text: reports@halstedfinancial.com | Jul 01 2021 20:35:00 | Halsted Financial Services, LLC, P.O. Box 828, Skokie, IL 60076-0828 |
| 517817418 | | Email/Text: Harris@ebn.phinsolutions.com | Jul 01 2021 20:37:00 | Harris & Harris, Ltd., 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 517817404 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2021 20:35:00 | Department of the Treasury, Internal Revenue Service, Cincinnati, OH 45999-0030 |
| 517817396 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 01 2021 20:43:20 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 517817419 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 01 2021 20:35:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 517988051 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2021 20:43:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517817421 | + | Email/Text: bk@lendingclub.com | Jul 01 2021 20:37:00 | Lending Club Corp, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 517817426 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2021 20:36:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518142462 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2021 20:36:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 517817439 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2021 20:43:22 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518196180 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2021 20:43:01 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517817440 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2021 20:43:01 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 518196159 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2021 20:43:22 | Portfolio Recovery Associates, LLC, c/o Williams-sonoma, POB 41067, Norfolk VA 23541 |
| 517817435 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 20:43:11 | Paypal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 517817443 | | Email/Text: bkrpt@retrievalmasters.com | Jul 01 2021 20:36:00 | Retrieval Masters Creditors Bureau, Inc., P.O. Box 1235, Elmsford, NY 10523-0935 |
| 517817448 | | Email/Text: claimsdepartment@sunnova.com | Jul 01 2021 20:35:00 | Sunnova, 20 Greenway Plaza, Suite 475, Houston, TX 77046 |
| 518157267 | + | Email/Text: bncmail@w-legal.com | Jul 01 2021 20:36:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517817445 | | Email/Text: bankruptcy@sw-credit.com | Jul 01 2021 20:36:00 | Southwest Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 517817447 | + | Email/Text: bncnotices@stengerlaw.com | Jul 01 2021 20:35:00 | Stenger & Stenger, P.C., 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2458 |
| 517817449 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2021 20:42:48 | Syncb/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 518539761 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| | | Jul 01 2021 20:43:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
|---|---|---|---|
| 517818546 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 01 2021 20:43:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518136605 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Jul 01 2021 20:43:24 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517817455 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jul 01 2021 20:35:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | 1st Colonial Community Bank, c/o Saldutti Law Group, 800 N Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| cr | *+ | TRUPEX MANAGEMENT GROUP, INC.,, 630 S. Atlantic Avenue, Suite B, Collingswood, NJ 08108-3071 |
| cr | *+ | TRUPEX RESTORATION SOLUTIONS, LLC, 630 S. Atlantic Avenue, Suite B, Collingswood, NJ 08108-3071 |
| 518101177 | *+ | TRUPEX RESTORATION SOLUTIONS, LLC, 630 S. ATLANTIC AVENUE, SUITE B, COLLINGSWOOD, NJ 08108-3071 |
| 517817420 | ##+ | Kristina G. Murtha, Esq., KML Law Group, P.C., 216 Haddon Ave #406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2021                    Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alicia M. Sandoval | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP  INC asandoval@res-title.com |
| Alicia M. Sandoval | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS  LLC asandoval@res-title.com |
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com |
| Brian J. Schaffer | on behalf of Creditor 1st Colonial Community Bank bschaffer@slgcollect.com  kcollins@slgcollect.com |
| Douglas G. Leney | on behalf of Plaintiff D&D Invesco  LLC dleney@archerlaw.com, ahuber@archerlaw.com,chansen@archerlaw.com |
| Joseph A McCormick, Jr. | on behalf of Trustee Andrew Sklar jmccormick@mccormicknjlaw.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Joshua Kaplan | |

| | |
|---|---|
| | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS  LLC joshua.kaplan@obermayer.com |
| Joshua Kaplan | |
| | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP  INC joshua.kaplan@obermayer.com |
| Karina Pia Lucid | |
| | on behalf of Joint Debtor Catherine C. McGuire klucid@karinalucidlaw.com<br>R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | |
| | on behalf of Debtor Thomas A. McGuire  Jr. klucid@karinalucidlaw.com,<br>R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Matthew Adam Green | |
| | on behalf of Creditor TRUPEX MANAGEMENT GROUP  INC., matthew.green@obermayer.com,<br>vanja.moraca@obermayer.com;Patricia.Schlindwein@obermayer.com;joshua.kaplan@obermayer.com |
| Matthew Adam Green | |
| | on behalf of Creditor TRUPEX RESTORATION SOLUTIONS  LLC matthew.green@obermayer.com,<br>vanja.moraca@obermayer.com;Patricia.Schlindwein@obermayer.com;joshua.kaplan@obermayer.com |
| Nicole M. Nigrelli | |
| | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS  LLC nnigrelli@ciardilaw.com,<br>sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Nicole M. Nigrelli | |
| | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP  INC nnigrelli@ciardilaw.com,<br>sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Paul Stadler Pflumm | |
| | on behalf of Plaintiff Andrew Sklar ppflumm@mccormicknjlaw.com<br>Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Paul Stadler Pflumm | |
| | on behalf of Trustee Andrew Sklar ppflumm@mccormicknjlaw.com<br>Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee et al... rsolarz@kmllawgroup.com |
| Thomas A. Hagner | |
| | on behalf of Defendant William Gillon tahagner@hzlawpartners.com |
| Thomas A. Hagner | |
| | on behalf of Creditor William P. Gillon tahagner@hzlawpartners.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 20