| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Joseph A. McCormick, Jr. (016221977)<br>JOSEPH A. MCCORMICK, JR., P.A.<br>A PROFESSIONAL ASSOCIATION<br>76 Euclid Avenue, Suite 103<br>Haddonfield, NJ  08033<br>jmccormick@mccormicknjlaw.com<br>(856 795 6500)<br>**Attorney for Trustee** | Order Filed on August 6, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In the Matter of:<br><br>Thomas A. McGuire, Jr., and Catherine C. McGuire ,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 18-30628-JNP<br><br>Adv. No.:<br><br>Hearing Date: August 5, 2021<br><br>Judge: Jerrold N. Poslusny, Jr. |

### ORDER FOR FIRST FEE ALLOWANCE TO ATTORNEY FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2)  is hereby **ORDERED**.

**DATED: August 6, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**RE: Thomas A. McGuire, Jr., and Catherine C. McGuire, Chapter 7 Debtors**
**Order for Fee Allowance to Attorney for Trustee**
Case No. 18-30628-JNP
Page 2

___

**THIS MATTER** having been brought before the Court by Joseph A. McCormick, Jr., Esquire, of the firm of Joseph A. McCormick, Jr., P.A., Attorney for the Trustee, Andrew Sklar, upon application for attorneys' fees and expenses, and notice having been sent to the creditors, and there having been no objection to the application submitted, and for good cause shown;

**IT IS HEREBY ORDERED** that Joseph A. McCormick, Jr., P.A., as Attorney for the Trustee is hereby awarded fees and expenses as follows:

| | |
|---|---|
| Attorney's Fees | $ 44,694.15 |
| Attorney's Expenses | $     217.84 |

T:\Joint Clients\McGuire, Thomas MB-2035-M\Fee App\Proposed Order  06 15 21.wpd

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-30628-JNP |
| Thomas A. McGuire, Jr. | Chapter 7 |
| Catherine C. McGuire | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas A. McGuire, Jr., Catherine C. McGuire, 821 Belmont Avenue, Collingswood, NJ 08108-3103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alicia Sandoval | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP INC asandoval@pincuslaw.com |
| Alicia Sandoval | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS LLC asandoval@pincuslaw.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com |
| Brian J. Schaffer | on behalf of Creditor 1st Colonial Community Bank bschaffer@slgcollect.com kcollins@slgcollect.com |
| Douglas G. Leney | on behalf of Plaintiff D&D Invesco LLC dleney@archerlaw.com, ahuber@archerlaw.com,chansen@archerlaw.com |
| Joseph A McCormick, Jr. | |

Case 18-30628-JNP    Doc 44    Filed 08/08/21    Entered 08/09/21 00:16:06    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Trustee Andrew Sklar jmccormick@mccormicknjlaw.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Joseph A McCormick, Jr. | on behalf of Plaintiff Andrew Sklar jmccormick@mccormicknjlaw.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Joshua Kaplan | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS LLC joshua.kaplan@obermayer.com |
| Joshua Kaplan | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP INC joshua.kaplan@obermayer.com |
| Karina Pia Lucid | on behalf of Joint Debtor Catherine C. McGuire klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Debtor Thomas A. McGuire Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Matthew Adam Green | on behalf of Creditor TRUPEX MANAGEMENT GROUP INC., matthew.green@obermayer.com, vanja.moraca@obermayer.com;Patricia.Schlindwein@obermayer.com;joshua.kaplan@obermayer.com |
| Matthew Adam Green | on behalf of Creditor TRUPEX RESTORATION SOLUTIONS LLC matthew.green@obermayer.com, vanja.moraca@obermayer.com;Patricia.Schlindwein@obermayer.com;joshua.kaplan@obermayer.com |
| Nicole M. Nigrelli | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP INC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Nicole M. Nigrelli | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Paul Stadler Pflumm | on behalf of Trustee Andrew Sklar ppflumm@mccormicknjlaw.com Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Paul Stadler Pflumm | on behalf of Plaintiff Andrew Sklar ppflumm@mccormicknjlaw.com Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... rsolarz@kmllawgroup.com |
| Thomas A. Hagner | on behalf of Creditor William P. Gillon tahagner@hzlawpartners.com |
| Thomas A. Hagner | on behalf of Defendant William Gillon tahagner@hzlawpartners.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 21