Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−30628−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas A. McGuire Jr.
dba Thomas McGuire
821 Belmont Avenue
Collingswood, NJ 08108

Catherine C. McGuire
aka Catherine Croce, aka Gina McGuire
821 Belmont Avenue
Collingswood, NJ 08108

Social Security No.:
   xxx−xx−6195                                            xxx−xx−8109

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       11/18/21
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Sharer Petree Brotz & Snyder

COMMISSION OR FEES
FEES $2186.00

EXPENSES
$14.65

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 13, 2021
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 18-30628-JNP

Thomas A. McGuire, Jr.                                                                                Chapter 7

Catherine C. McGuire

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                        User: admin                                        Page 1 of 5
Date Rcvd: Oct 13, 2021                                Form ID: 137                                        Total Noticed: 101

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++       Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. McGuire, Jr., Catherine C. McGuire, 821 Belmont Avenue, Collingswood, NJ 08108-3103 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518124896 | + | 1st Colonial Community Bank, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 517817385 | ++++ | AMERICAN CORADIUS INTERNATIONAL, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, American Coradius International, 35A Rust Lane, Boerne, TX 78006-8202 |
| 517817384 | + | Alpha Recovery Corp., 6912 S. Quentin Street, Unit 10, Centennial, CO 80112-4531 |
| 518074130 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517817386 | + | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517817387 | + | Anthony F. Bruce L.L.C. CPA, 405 Kings Highway South, Cherry Hill, NJ 08034-2512 |
| 517817388 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517817389 | | Asset Recovery Solutions, LLC, 2200 E. Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 517817395 | + | CCS/First National Bank, 500 East 60th Street N., Sioux Falls, SD 57104-0478 |
| 518064358 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517817397 | + | Children's Hospital of Philadelphia, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 517817398 | + | Christopher P. Odogbili, Esq., Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517817401 | + | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450-3510 |
| 517817403 | + | D&D Invesco LLC, 75 Holly Oak Drive, Voorhees, NJ 08043-1540 |
| 517817406 | + | Elliott Karetny, 261 Woodlawn Terrace, Collingswood, NJ 08108-1542 |
| 517817413 | + | FMA Alliance, Ltd., 12339 Cutten Road, Houston, TX 77066-1807 |
| 517817407 | + | Financial Recoveries, 200 E. Park Drive, Suite 100, Mount Laurel, NJ 08054-1297 |
| 517817408 | | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 517817409 | | First National Credit Card, P.O. Box 5097, Sioux Falls, SD 57117-5097 |
| 517817410 | + | First Premier Bank, 601 S. Minnesota Avenu, Sioux Falls, SD 57104-4868 |
| 517817411 | | FirstCredit, P.O. Box 630838, Cincinnati, OH 45263-0838 |
| 517817412 | | Firstsource Advantage, LLC, 206 Bryant Woods South, Amherst, NY 14228 |
| 517817414 | | Ford Credit, P.O. Box 6508, Mesa, AZ 85216-6508 |
| 517817415 | + | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 518005408 | + | Ford Motor Credit Co., LLC, Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 517817416 | + | Frank Croce, 821 Belmont Avenue, Collingswood, NJ 08108-3103 |
| 517817422 | | Linebarger Goggan Blair & Sampson, LLP, P.O. Box 90128, Harrisburg, PA 17109-0128 |
| 517817423 | | Lourdes Health System, P.O. Box 822099, Philadelphia, PA 19182-2099 |
| 517817424 | | Lourdes Medical Associates, P.O. Box 824626, Philadelphia, PA 19182-4626 |
| 517817425 | + | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 517817428 | + | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 517817427 | | Morgan, Bornstein & Morgan, 1235 Brace Road, Suite K, Cherry Hill, NJ 08034-3269 |
| 517817429 | + | New Penn Fin-Shellpoint, 75 Beattie Place, Ste 300, Greenville, SC 29601-2138 |
| 517817430 | + | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 517817431 | | Ocwen Loan Servicing, LLC, P.O. Box 24788, West Palm Beach, FL 33416-4788 |
| 517817432 | | PA Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 517817433 | | PA Dept. of Revenue, Bureau of Individual Taxes, P.O. Box 280431, Harrisburg, PA 17128-0431 |

Case 18-30628-JNP    Doc 49    Filed 10/15/21    Entered 10/16/21 00:15:36    Desc Imaged
                               Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 137 | Total Noticed: 101 |

| | | |
|---|---|---|
| 518042473 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 517817438 | + | PHEAA, P.O. Box 61017, Harrisburg, PA 17106-1017 |
| 517817434 | + | Paul D. Flynn Lawn Care, 232 Reading Avenue, Oaklyn, NJ 08107-1416 |
| 517817436 | + | Penn Credit, P.O. Box 1259, Dept. 91047, Oaks, PA 19456-1259 |
| 517870537 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 517817437 | + | Performant Recovery, Inc., 333 North Canyons Parkway, Suite 100, Livermore, CA 94551-9480 |
| 517817441 | | Radiology Associates of New Jersey, P.C., 28075 Network Place, Chicago, IL 60673-1280 |
| 517817442 | + | Radius Global Solutions, LLC, P.O. Box 390646, Minneapolis, MN 55439-0646 |
| 517817444 | | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117-5508 |
| 518099221 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517817446 | | State of NJ, Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 517817450 | + | TD Bank, 1130 White Horse Pike, Oaklyn, NJ 08107-1037 |
| 517817451 | + | TD Bank USA/Targetcred, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 518099461 | + | TRUPEX MANAGEMENT GROUP, INC., 630 S.ATLANTIC AVENUE, SUITE B, COLLINGSWOOD,NJ 08108-3071 |
| 518101169 | + | TRUPEX RESTORATION SOLUTIONS,LLC., 630 S. ATLANTIC AVENUE, SUITE B, COLLINGSWOOD,NJ 08108-3071 |
| 517817452 | + | The Bank of New York Mellon, c/o Jason A. McCumber, Esq., McGlinchey Stafford, 112 West 34th Street, Ste 1515, New York, NY 10120-1515 |
| 517817453 | + | Thomas & Pat McGuire, 12183 Aster Road, Philadelphia, PA 19154-1701 |
| 517817454 | | Tri-State Pathology Consultant, 111 Continental Drive, Suite 304, Newark, DE 19713-4317 |
| 518103918 | + | Trupex Management Group, Inc., c/o Matthew Green, Esquire, 1120 Route 73, Suite 420, Mount Laurel NJ 08054-5108 |
| 518199019 | + | Wiliam P.Gillon, c/o John A.Zohlman,III, 57 Kresson Road, Cherry Hill NJ 08034-3206 |
| 517817456 | + | William Gillon, 621 Walnut Lane, Philadelphia, PA 19128-1713 |

TOTAL: 60

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517817382 | + | Email/Text: yhan@1stcnb.net | Oct 13 2021 20:25:00 | 1st Colonial Bank, 1040 Haddon Avenue, Collingswood, NJ 08108-2123 |
| 517817383 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 13 2021 20:24:00 | Absolute Resolutions Investments, LLC, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 517992359 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 13 2021 20:24:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 517817390 | + | Email/Text: payments@brsi.net | Oct 13 2021 20:25:00 | Business Revenue Systems, Inc., 6032 Trier Road, Fort Wayne, IN 46815-5337 |
| 517817391 | | Email/Text: info@chcollects.com | Oct 13 2021 20:25:00 | C & H Collection Services Inc., P.O. Box 1399, Merchantville, NJ 08109-0399 |
| 517817392 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 20:23:32 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 517817394 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 20:23:13 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 517817399 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 13 2021 20:24:00 | Citizens Bank N.A., 480 Jefferson Blvd, Warwick, RI 02886 |
| 518179178 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 13 2021 20:24:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02909 |
| 517817393 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 20:23:13 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518007389 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 13 2021 20:34:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

Case 18-30628-JNP    Doc 49    Filed 10/15/21    Entered 10/16/21 00:15:36    Desc Imaged
                          Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 137 | Total Noticed: 101 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Ave, Oklahoma City, OK 73118-7901 |
| 517817398 | + | Email/Text: signed.order@pfwattorneys.com | Oct 13 2021 20:25:00 | Christopher P. Odogbili, Esq., Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517817400 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2021 20:25:00 | Comenity Bk/Williams Sonoma, P.O. Box 182120, Columbus, OH 43218-2120 |
| 517817402 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 13 2021 20:25:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517993736 | | Email/Text: mrdiscen@discover.com | Oct 13 2021 20:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517817405 | + | Email/Text: mrdiscen@discover.com | Oct 13 2021 20:24:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 517817417 | | Email/Text: reports@halstedfinancial.com | Oct 13 2021 20:24:00 | Halsted Financial Services, LLC, P.O. Box 828, Skokie, IL 60076-0828 |
| 517817418 | | Email/Text: Harris@ebn.phinsolutions.com | Oct 13 2021 20:25:00 | Harris & Harris, Ltd., 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 517817404 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2021 20:25:00 | Department of the Treasury, Internal Revenue Service, Cincinnati, OH 45999-0030 |
| 517817396 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 13 2021 20:23:57 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 517817419 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 13 2021 20:24:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 517988051 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 20:34:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517817421 | + | Email/Text: bk@lendingclub.com | Oct 13 2021 20:25:00 | Lending Club Corp, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 517817426 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 20:25:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518142462 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 20:25:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 517817439 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 20:23:47 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518196180 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 20:23:59 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517817440 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 20:23:59 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 518196159 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 20:23:49 | Portfolio Recovery Associates, LLC, c/o Williams-sonoma, POB 41067, Norfolk VA 23541 |
| 517817435 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 20:23:57 | Paypal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 517817443 | | Email/Text: bkrpt@retrievalmasters.com | Oct 13 2021 20:25:00 | Retrieval Masters Creditors Bureau, Inc., P.O. Box 1235, Elmsford, NY 10523-0935 |
| 517817448 | | Email/Text: claimsdepartment@sunnova.com | Oct 13 2021 20:24:00 | Sunnova, 20 Greenway Plaza, Suite 475, Houston, TX 77046 |
| 518157267 | + | Email/Text: bncmail@w-legal.com | Oct 13 2021 20:25:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517817445 | | Email/Text: bankruptcy@sw-credit.com | Oct 13 2021 20:25:00 | Southwest Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 517817447 | + | Email/Text: bncnotices@stengerlaw.com | Oct 13 2021 20:24:00 | Stenger & Stenger, P.C., 2618 East Paris Avenue |

Case 18-30628-JNP    Doc 49    Filed 10/15/21    Entered 10/16/21 00:15:36    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 137 | Total Noticed: 101 |

| | | | | |
|---|---|---|---|---|
| | | | | SE, Grand Rapids, MI 49546-2458 |
| 517817449 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 13 2021 20:23:14 | Syncb/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 518539761 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 13 2021 20:23:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517818546 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 13 2021 20:23:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518136605 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Oct 13 2021 20:34:18 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517817455 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Oct 13 2021 20:24:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | 1st Colonial Community Bank, c/o Saldutti Law Group, 800 N Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| cr | *+ | TRUPEX MANAGEMENT GROUP, INC.,, 630 S. Atlantic Avenue, Suite B, Collingswood, NJ 08108-3071 |
| cr | *+ | TRUPEX RESTORATION SOLUTIONS, LLC, 630 S. Atlantic Avenue, Suite B, Collingswood, NJ 08108-3071 |
| 518101177 | *+ | TRUPEX RESTORATION SOLUTIONS, LLC, 630 S. ATLANTIC AVENUE, SUITE B, COLLINGSWOOD, NJ 08108-3071 |
| 517817420 | ##+ | Kristina G. Murtha, Esq., KML Law Group, P.C., 216 Haddon Ave #406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alicia Sandoval | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP  INC asandoval@pincuslaw.com |
| Alicia Sandoval | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS  LLC asandoval@pincuslaw.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Brian J. Schaffer | on behalf of Creditor 1st Colonial Community Bank bschaffer@slgcollect.com  kcollins@slgcollect.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Oct 13, 2021 | Form ID: 137 | Total Noticed: 101 |

Douglas G. Leney
    on behalf of Plaintiff D&D Invesco LLC dleney@archerlaw.com, ahuber@archerlaw.com,chansen@archerlaw.com

Joseph A McCormick, Jr.
    on behalf of Trustee Andrew Sklar jmccormick@mccormicknjlaw.com
    karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

Joseph A McCormick, Jr.
    on behalf of Plaintiff Andrew Sklar jmccormick@mccormicknjlaw.com
    karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

Joshua Kaplan
    on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS LLC joshua.kaplan@obermayer.com

Joshua Kaplan
    on behalf of Plaintiff TRUPEX MANAGEMENT GROUP INC joshua.kaplan@obermayer.com

Karina Pia Lucid
    on behalf of Joint Debtor Catherine C. McGuire klucid@karinalucidlaw.com
    R43327@notify.bestcase.com;admin@karinalucidlaw.com

Karina Pia Lucid
    on behalf of Debtor Thomas A. McGuire Jr. klucid@karinalucidlaw.com,
    R43327@notify.bestcase.com;admin@karinalucidlaw.com

Matthew Adam Green
    on behalf of Creditor TRUPEX MANAGEMENT GROUP INC., matthew.green@obermayer.com,
    vanja.moraca@obermayer.com;Patricia.Schlindwein@obermayer.com;joshua.kaplan@obermayer.com

Matthew Adam Green
    on behalf of Creditor TRUPEX RESTORATION SOLUTIONS LLC matthew.green@obermayer.com,
    vanja.moraca@obermayer.com;Patricia.Schlindwein@obermayer.com;joshua.kaplan@obermayer.com

Nicole M. Nigrelli
    on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS LLC nnigrelli@ciardilaw.com,
    sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Nicole M. Nigrelli
    on behalf of Plaintiff TRUPEX MANAGEMENT GROUP INC nnigrelli@ciardilaw.com,
    sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Paul Stadler Pflumm
    on behalf of Plaintiff Andrew Sklar ppflumm@mcdowelllegal.com
    kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

Paul Stadler Pflumm
    on behalf of Trustee Andrew Sklar ppflumm@mcdowelllegal.com
    kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

Rebecca Ann Solarz
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... rsolarz@kmllawgroup.com

Thomas A. Hagner
    on behalf of Defendant William Gillon tahagner@hzlawpartners.com

Thomas A. Hagner
    on behalf of Creditor William P. Gillon tahagner@hzlawpartners.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 22