UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re: :
:
THOMAS A. MCGUIRE JR. : CASE NO. 18-30628/JNP
CATHERINE C. MCGUIRE :
Debtor(s) :
: CHAPTER 7

## CERTIFICATION OF NOTICING FEES AND INVOICE
## FOR COLLECTION OF ADMINISTRATIVE EXPENSES

The United States Bankruptcy Court is required by federal law to charge miscellaneous fees for certain tasks related to the Court's operation (e.g. $.50 for each notice it mails), therefore;

**IT IS NOTICED** that the Trustee shall conventionally file with the Clerk a copy of this notice along with a check (payable to "Clerk, United State Bankruptcy Court") for the following charges incurred to date: NOTICES:

_____ Notices at $.50 each (for notices sent prior to 1/1/98)
         Total Notice Charges Due ------------------------------$_____

PROOF OF CLAIM:

_____ Claims(s) at $.25 each (for each claim in excess of 10 filed prior to 1/1/98)
         Total Claims Charges Due--------------------------- $_____

DEFERRED FEES

_____
_____
_____

         Total Deferred Fees Due---------------------------- $_____

     TOTAL ADMINISTRATIVE CHARGES DUE------------------ $_____

     Dated:_____        BY THE COURT

                                        _____
                                        JEANNE A. NAUGHTON, CLERK

1 The payment of fees must be in the form of a corporate check, attorney trust account check, certified check or money order