UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

In Re:                                                  :
                                                        :     Case No.: _____
                                                        :
                            Debtor(s).     :     Chapter:              7
                                                        :
_____

# CERTIFICATION OF NOTICING FEES
# AND INVOICE FOR COLLECTION OF ADMINISTRATIVE EXPENSES

The United States Bankruptcy Court is required by federal law to charge miscellaneous fees for certain tasks related to the Court's operation (e.g. $.50 for each notice it mails), therefore;

IT IS NOTICED that the Trustee shall conventionally file with the Clerk a copy of this notice along with a check[1] (payable to "Clerk, United States Bankruptcy Court") for the following charges incurred to date:

NOTICES:

_____ Notices at $.50 each (for notices sent prior to 1/1/98)

                                        Total Notice Charges Due:    $ _____

PROOFS OF CLAIM:

_____ Claim(s) at $.25 each (for each claim in excess of 10 filed prior to 1/1/98)

                                        Total Claims Charges Due:    $ _____

DEFERRED FEES

_____

_____

_____

                                        Total Deferred Fees Due:    $ _____

                    TOTAL ADMINISTRATIVE CHARGES DUE    $ _____

Date: _____            JEANNE A. NAUGHTON, Clerk

                                                    BY: _____

*rev. 1/09/17.jml*

---

[1] The payment of fees must be in the form of a corporate check, attorney trust account check, certified check or money order.