| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | Order Filed on November 18, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**MC GUIRE, THOMAS & CATHERINE** | Case No.: 18-30628<br><br>Chapter 7<br><br>Hearing Date:  **11/18/21 @ 2:00pm**<br><br>Judge: JNP |

## ORDER AWARDING FINAL COMPENSATION AND EXPENSES
## FOR THE ACCOUNTANT TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: November 18, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Document      Page 2 of 2

(Page 2)
Debtor:    **MC GUIRE, THOMAS & CATHERINE**

Case No.:    18-30628\JNP

Caption of Order: Order Approving Final Compensation for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree   Brotz & Snyder

FEES:              $2,186.00

EXPENSES      $   14.65

TOTAL:            $2,200.65