| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | |
|---|---|
| In Re:<br><br>**MC GUIRE, THOMAS & CATHERINE** | Case No.: 18-30628<br><br>Chapter 7<br><br>Hearing Date:  **11/18/21 @ 2:00pm**<br><br>Judge: JNP |

**Order Filed on November 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER AWARDING FINAL COMPENSATION AND EXPENSES
### FOR THE ACCOUNTANT TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: November 18, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: **MC GUIRE, THOMAS & CATHERINE**

Case No.: 18-30628\JNP

Caption of Order: Order Approving Final Compensation for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree  Brotz & Snyder

FEES:            $2,186.00

EXPENSES    $   14.65

TOTAL:         $2,200.65

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-30628-JNP |
| Thomas A. McGuire, Jr. | Chapter 7 |
| Catherine C. McGuire | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 18, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas A. McGuire, Jr., Catherine C. McGuire, 821 Belmont Avenue, Collingswood, NJ 08108-3103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alicia Sandoval | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP INC asandoval@pincuslaw.com |
| Alicia Sandoval | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS LLC asandoval@pincuslaw.com |
| Andrew Sklar | andy@sklarlaw.com NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Brian J. Schaffer | on behalf of Creditor 1st Colonial Community Bank bschaffer@slgcollect.com kcollins@slgcollect.com |
| Douglas G. Leney | |

Case 18-30628-JNP    Doc 53    Filed 11/20/21    Entered 11/21/21 00:14:24    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 18, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff D&D Invesco LLC dleney@archerlaw.com, ahuber@archerlaw.com,chansen@archerlaw.com |
| Joseph A McCormick, Jr. | on behalf of Trustee Andrew Sklar jmccormick@mccormicknjlaw.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Joseph A McCormick, Jr. | on behalf of Plaintiff Andrew Sklar jmccormick@mccormicknjlaw.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Joshua Kaplan | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS LLC joshua.kaplan@obermayer.com |
| Joshua Kaplan | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP INC joshua.kaplan@obermayer.com |
| Karina Pia Lucid | on behalf of Joint Debtor Catherine C. McGuire klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Debtor Thomas A. McGuire Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Matthew Adam Green | on behalf of Creditor TRUPEX MANAGEMENT GROUP INC., matthew.green@obermayer.com, vanja.moraca@obermayer.com;Patricia.Schlindwein@obermayer.com;joshua.kaplan@obermayer.com |
| Matthew Adam Green | on behalf of Creditor TRUPEX RESTORATION SOLUTIONS LLC matthew.green@obermayer.com, vanja.moraca@obermayer.com;Patricia.Schlindwein@obermayer.com;joshua.kaplan@obermayer.com |
| Nicole M. Nigrelli | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP INC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Nicole M. Nigrelli | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Paul Stadler Pflumm | on behalf of Trustee Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |
| Paul Stadler Pflumm | on behalf of Plaintiff Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... rsolarz@kmllawgroup.com |
| Thomas A. Hagner | on behalf of Creditor William P. Gillon tahagner@hzlawpartners.com |
| Thomas A. Hagner | on behalf of Defendant William Gillon tahagner@hzlawpartners.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 22