Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−30628−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas A. McGuire Jr.
dba Thomas McGuire
821 Belmont Avenue
Collingswood, NJ 08108

Catherine C. McGuire
aka Catherine Croce, aka Gina McGuire
821 Belmont Avenue
Collingswood, NJ 08108

Social Security No.:
xxx−xx−6195

xxx−xx−8109

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Jerrold N. Poslusny Jr. on:

DATE: February 3, 2022
TIME: 02:00 PM
LOCATION: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:           $30,250.00
TOTAL DISBURSEMENTS:       $528.81
BALANCE ON HAND:         $29,721.19

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Andrew Sklar, Trustee

COMMISSION OR FEES
$3,775.00

EXPENSES
$34.33

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: December 27, 2021
JAN: eag

                                                                                                              Jeanne Naughton
                                                                                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-30628-JNP |
| Thomas A. McGuire, Jr. | Chapter 7 |
| Catherine C. McGuire | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 27, 2021 | Form ID: 192 | Total Noticed: 101 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. McGuire, Jr., Catherine C. McGuire, 821 Belmont Avenue, Collingswood, NJ 08108-3103 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 517817382 | + | 1st Colonial Bank, 1040 Haddon Avenue, Collingswood, NJ 08108-2123 |
| 518124896 | + | 1st Colonial Community Bank, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 517817385 | ++++ | AMERICAN CORADIUS INTERNATIONAL, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, American Coradius International, 35A Rust Lane, Boerne, TX 78006-8202 |
| 517817384 | + | Alpha Recovery Corp., 6912 S. Quentin Street, Unit 10, Centennial, CO 80112-4531 |
| 518074130 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517817386 | + | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517817387 | + | Anthony F. Bruce L.L.C. CPA, 405 Kings Highway South, Cherry Hill, NJ 08034-2512 |
| 517817388 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517817389 | | Asset Recovery Solutions, LLC, 2200 E. Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 517817395 | + | CCS/First National Bank, 500 East 60th Street N., Sioux Falls, SD 57104-0478 |
| 518064358 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517817397 | + | Children's Hospital of Philadelphia, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 517817401 | + | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450-3510 |
| 517817403 | + | D&D Invesco LLC, 75 Holly Oak Drive, Voorhees, NJ 08043-1540 |
| 517817406 | + | Elliott Karetny, 261 Woodlawn Terrace, Collingswood, NJ 08108-1542 |
| 517817413 | + | FMA Alliance, Ltd., 12339 Cutten Road, Houston, TX 77066-1807 |
| 517817407 | + | Financial Recoveries, 200 E. Park Drive, Suite 100, Mount Laurel, NJ 08054-1297 |
| 517817408 | | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 517817409 | | First National Credit Card, P.O. Box 5097, Sioux Falls, SD 57117-5097 |
| 517817410 | + | First Premier Bank, 601 S. Minnesota Avenu, Sioux Falls, SD 57104-4868 |
| 517817411 | | FirstCredit, P.O. Box 630838, Cincinnati, OH 45263-0838 |
| 517817412 | | Firstsource Advantage, LLC, 206 Bryant Woods South, Amherst, NY 14228 |
| 518005408 | + | Ford Motor Credit Co., LLC, Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 517817416 | + | Frank Croce, 821 Belmont Avenue, Collingswood, NJ 08108-3103 |
| 517817422 | | Linebarger Goggan Blair & Sampson, LLP, P.O. Box 90128, Harrisburg, PA 17109-0128 |
| 517817423 | | Lourdes Health System, P.O. Box 822099, Philadelphia, PA 19182-2099 |
| 517817424 | | Lourdes Medical Associates, P.O. Box 824626, Philadelphia, PA 19182-4626 |
| 517817425 | + | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 517817428 | + | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 517817427 | | Morgan, Bornstein & Morgan, 1235 Brace Road, Suite K, Cherry Hill, NJ 08034-3269 |
| 517817429 | + | New Penn Fin-Shellpoint, 75 Beattie Place, Ste 300, Greenville, SC 29601-2138 |
| 517817430 | + | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 517817431 | | Ocwen Loan Servicing, LLC, P.O. Box 24788, West Palm Beach, FL 33416-4788 |
| 517817432 | | PA Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 517817433 | | PA Dept. of Revenue, Bureau of Individual Taxes, P.O. Box 280431, Harrisburg, PA 17128-0431 |
| 518042473 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 517817438 | + | PHEAA, P.O. Box 61017, Harrisburg, PA 17106-1017 |
| 517817434 | + | Paul D. Flynn Lawn Care, 232 Reading Avenue, Oaklyn, NJ 08107-1416 |

Case 18-30628-JNP    Doc 56    Filed 12/29/21    Entered 12/30/21 00:11:24    Desc Imaged
                              Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 192 | Total Noticed: 101 |

| | | |
|---|---|---|
| 517817436 | + | Penn Credit, P.O. Box 1259, Dept. 91047, Oaks, PA 19456-1259 |
| 517870537 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 517817437 | + | Performant Recovery, Inc., 333 North Canyons Parkway, Suite 100, Livermore, CA 94551-9480 |
| 517817441 | | Radiology Associates of New Jersey, P.C., 28075 Network Place, Chicago, IL 60673-1280 |
| 517817442 | + | Radius Global Solutions, LLC, P.O. Box 390646, Minneapolis, MN 55439-0646 |
| 517817444 | | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117-5508 |
| 517817446 | | State of NJ, Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 518099221 | | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517817450 | + | TD Bank, 1130 White Horse Pike, Oaklyn, NJ 08107-1037 |
| 517817451 | + | TD Bank USA/Targetcred, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 518099461 | + | TRUPEX MANAGEMENT GROUP, INC., 630 S.ATLANTIC AVENUE, SUITE B, COLLINGSWOOD,NJ 08108-3071 |
| 518101169 | + | TRUPEX RESTORATION SOLUTIONS,LLC., 630 S. ATLANTIC AVENUE, SUITE B, COLLINGSWOOD,NJ 08108-3071 |
| 517817452 | + | The Bank of New York Mellon, c/o Jason A. McCumber, Esq., McGlinchey Stafford, 112 West 34th Street, Ste 1515, New York, NY 10120-1515 |
| 517817453 | + | Thomas & Pat McGuire, 12183 Aster Road, Philadelphia, PA 19154-1701 |
| 517817454 | | Tri-State Pathology Consultant, 111 Continental Drive, Suite 304, Newark, DE 19713-4317 |
| 518103918 | + | Trupex Management Group, Inc., c/o Matthew Green, Esquire, 1120 Route 73, Suite 420, Mount Laurel NJ 08054-5108 |
| 518199019 | + | Wiliam P.Gillon, c/o John A.Zohlman,III, 57 Kresson Road, Cherry Hill NJ 08034-3206 |
| 517817456 | + | William Gillon, 621 Walnut Lane, Philadelphia, PA 19128-1713 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2021 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2021 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517817383 | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 27 2021 21:56:00 | Absolute Resolutions Investments, LLC, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 517992359 | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 27 2021 21:56:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 517817390 | + Email/Text: payments@brsi.net | Dec 27 2021 21:57:00 | Business Revenue Systems, Inc., 6032 Trier Road, Fort Wayne, IN 46815-5337 |
| 517817391 | Email/Text: info@chcollects.com | Dec 27 2021 21:57:00 | C & H Collection Services Inc., P.O. Box 1399, Merchantville, NJ 08109-0399 |
| 517817392 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2021 22:06:33 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 517817394 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2021 22:06:33 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 517817399 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 27 2021 21:56:00 | Citizens Bank N.A., 480 Jefferson Blvd, Warwick, RI 02886 |
| 518179178 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 27 2021 21:56:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02909 |
| 517817393 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2021 22:06:41 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518007389 | + Email/PDF: ebn_ais@aisinfo.com | Dec 27 2021 22:06:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518064358 | Email/PDF: bncnotices@becket-lee.com | Dec 27 2021 22:06:49 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517817398 | + Email/Text: signed.order@pfwattorneys.com | Dec 27 2021 21:56:00 | Christopher P. Odogbili, Esq., Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |

| | | | |
|---|---|---|---|
| Case 18-30628-JNP | Doc 56 | Filed 12/29/21 | Entered 12/30/21 00:11:24 Desc Imaged |
| | Certificate of Notice | Page 5 of 7 | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Dec 27, 2021 | Form ID: 192 | Total Noticed: 101 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517817400 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 27 2021 21:57:00 | Comenity Bk/Williams Sonoma, P.O. Box 182120, Columbus, OH 43218-2120 |
| 517817402 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 27 2021 21:57:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 517993736 | | Email/Text: mrdiscen@discover.com | Dec 27 2021 21:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517817405 | + | Email/Text: mrdiscen@discover.com | Dec 27 2021 21:56:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 517817410 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 27 2021 22:06:41 | First Premier Bank, 601 S. Minnesota Avenu, Sioux Falls, SD 57104-4868 |
| 517817414 | | Email/Text: EBNBKNOT@ford.com | Dec 27 2021 21:57:00 | Ford Credit, P.O. Box 6508, Mesa, AZ 85216-6508 |
| 517817415 | + | Email/Text: EBNBKNOT@ford.com | Dec 27 2021 21:57:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 517817417 | | Email/Text: reports@halstedfinancial.com | Dec 27 2021 21:56:00 | Halsted Financial Services, LLC, P.O. Box 828, Skokie, IL 60076-0828 |
| 517817418 | | Email/Text: Harris@ebn.phinsolutions.com | Dec 27 2021 21:57:00 | Harris & Harris, Ltd., 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 517817404 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 27 2021 21:56:00 | Department of the Treasury, Internal Revenue Service, Cincinnati, OH 45999-0030 |
| 517817396 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2021 22:06:32 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 517817419 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2021 21:56:00 | Kohls/Capital One, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-5660 |
| 517988051 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2021 22:06:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517817421 | + | Email/Text: bk@lendingclub.com | Dec 27 2021 21:57:00 | Lending Club Corp, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 517817426 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2021 21:57:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 518142462 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2021 21:57:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 517817439 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2021 22:06:34 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 518196180 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2021 22:06:49 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517817440 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2021 22:06:49 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 518196159 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2021 22:06:42 | Portfolio Recovery Associates, LLC, c/o Williams-sonoma, POB 41067, Norfolk VA 23541 |
| 517817435 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 27 2021 23:08:30 | Paypal Credit, P.O. Box 5138, Timonium, MD 21094-5138 |
| 517817443 | | Email/Text: bkrpt@retrievalmasters.com | Dec 27 2021 21:57:00 | Retrieval Masters Creditors Bureau, Inc., P.O. Box 1235, Elmsford, NY 10523-0935 |
| 517817448 | | Email/Text: claimsdepartment@sunnova.com | Dec 27 2021 21:56:00 | Sunnova, 20 Greenway Plaza, Suite 475, Houston, TX 77046 |
| 518157267 | + | Email/Text: bncmail@w-legal.com | Dec 27 2021 21:57:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517817445 | | Email/Text: bankruptcy@sw-credit.com | | |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 192 | Total Noticed: 101 |

|  |  |  | Dec 27 2021 21:57:00 | Southwest Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
|---|---|---|---|---|
| 517817447 | + | Email/Text: bncnotices@stengerlaw.com | Dec 27 2021 21:56:00 | Stenger & Stenger, P.C., 2618 East Paris Avenue SE, Grand Rapids, MI 49546-2458 |
| 517817449 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 27 2021 23:08:34 | Syncb/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 518539761 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 27 2021 22:43:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517818546 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 27 2021 23:08:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518136605 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 27 2021 22:06:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517817455 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 27 2021 21:56:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | 1st Colonial Community Bank, c/o Saldutti Law Group, 800 N Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| cr | *+ | TRUPEX MANAGEMENT GROUP, INC.,, 630 S. Atlantic Avenue, Suite B, Collingswood, NJ 08108-3071 |
| cr | *+ | TRUPEX RESTORATION SOLUTIONS, LLC, 630 S. Atlantic Avenue, Suite B, Collingswood, NJ 08108-3071 |
| 518101177 | *+ | TRUPEX RESTORATION SOLUTIONS, LLC, 630 S. ATLANTIC AVENUE, SUITE B, COLLINGSWOOD, NJ 08108-3071 |
| 517817420 | ##+ | Kristina G. Murtha, Esq., KML Law Group, P.C., 216 Haddon Ave #406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Dec 29, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alicia Sandoval | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP  INC asandoval@pincuslaw.com |
| Alicia Sandoval | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS  LLC asandoval@pincuslaw.com |
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |

Case 18-30628-JNP    Doc 56    Filed 12/29/21    Entered 12/30/21 00:11:24    Desc Imaged
Certificate of Notice    Page 7 of 7

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 192 | Total Noticed: 101 |

| | |
|---|---|
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Brian J. Schaffer | on behalf of Creditor 1st Colonial Community Bank bschaffer@slgcollect.com kcollins@slgcollect.com |
| Douglas G. Leney | on behalf of Plaintiff D&D Invesco LLC dleney@archerlaw.com, ahuber@archerlaw.com,chansen@archerlaw.com |
| Joseph A McCormick, Jr. | on behalf of Trustee Andrew Sklar jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Joseph A McCormick, Jr. | on behalf of Plaintiff Andrew Sklar jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Joshua Kaplan | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS LLC joshua.kaplan@obermayer.com |
| Joshua Kaplan | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP INC joshua.kaplan@obermayer.com |
| Karina Pia Lucid | on behalf of Joint Debtor Catherine C. McGuire klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Debtor Thomas A. McGuire Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Matthew Adam Green | on behalf of Creditor TRUPEX MANAGEMENT GROUP INC., matthew.green@obermayer.com, vanja.moraca@obermayer.com;Patricia.Schlindwein@obermayer.com;joshua.kaplan@obermayer.com |
| Matthew Adam Green | on behalf of Creditor TRUPEX RESTORATION SOLUTIONS LLC matthew.green@obermayer.com, vanja.moraca@obermayer.com;Patricia.Schlindwein@obermayer.com;joshua.kaplan@obermayer.com |
| Nicole M. Nigrelli | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Nicole M. Nigrelli | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP INC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Paul Stadler Pflumm | on behalf of Plaintiff Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |
| Paul Stadler Pflumm | on behalf of Trustee Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... rsolarz@kmllawgroup.com |
| Thomas A. Hagner | on behalf of Defendant William Gillon tahagner@hzlawpartners.com |
| Thomas A. Hagner | on behalf of Creditor William P. Gillon tahagner@hzlawpartners.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 22