| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Andrew Sklar, Esquire (AS3105)<br>Sklar Law, LLC<br>20 Brace Road, Suite 205<br>Cherry Hill, NJ 08034<br>856-258-4050<br>andy@sklarlaw.com<br>Attorney for Chapter 7 Trustee | Order Filed on February 3, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>THOMAS A. MCGUIRE JR.<br>CATHERINE C. MCGUIRE<br>　　　　　　　　Debtors | Case No.: 18-30628-JNP<br><br>Chapter 7<br><br>Hearing Date:<br><br>Judge: JERROLD N. POSLUSNY JR. |

***ORDER GRANTING ALLOWANCES***

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 3, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

PAGE 2

Debtor:       Thomas A. McGuire Jr. and Catherine C. McGuire

Case No.:    18-30628-JNP

Caption of Order:    ***ORDER GRANTING ALLOWANCES***

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Andrew Sklar, Chapter 7 Trustee | $3,775.00 | $34.33 |

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-30628-JNP
Thomas A. McGuire, Jr.  Chapter 7
Catherine C. McGuire
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Feb 03, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

**Recip ID        Recipient Name and Address**
db/jdb        + Thomas A. McGuire, Jr., Catherine C. McGuire, 821 Belmont Avenue, Collingswood, NJ 08108-3103

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2022  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

**Name        Email Address**

Alicia Sandoval
    on behalf of Plaintiff TRUPEX MANAGEMENT GROUP  INC asandoval@pincuslaw.com

Alicia Sandoval
    on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS  LLC asandoval@pincuslaw.com

Andrew Sklar
    andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com

Barry R. Sharer
    on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com

Brian J. Schaffer
    on behalf of Creditor 1st Colonial Community Bank bschaffer@slgcollect.com  kcollins@slgcollect.com

Douglas G. Leney

Case 18-30628-JNP    Doc 59    Filed 02/05/22    Entered 02/06/22 00:13:14    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 03, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff D&D Invesco LLC dleney@archerlaw.com, ahuber@archerlaw.com,chansen@archerlaw.com |
| Joseph A McCormick, Jr. | on behalf of Trustee Andrew Sklar jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Joseph A McCormick, Jr. | on behalf of Plaintiff Andrew Sklar jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Joshua Kaplan | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS LLC joshua.kaplan@obermayer.com |
| Joshua Kaplan | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP INC joshua.kaplan@obermayer.com |
| Karina Pia Lucid | on behalf of Joint Debtor Catherine C. McGuire klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Debtor Thomas A. McGuire Jr. klucid@karinalucidlaw.com, R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Matthew Adam Green | on behalf of Creditor TRUPEX MANAGEMENT GROUP INC., matthew.green@obermayer.com, vanja.moraca@obermayer.com;Patricia.Schlindwein@obermayer.com;joshua.kaplan@obermayer.com |
| Matthew Adam Green | on behalf of Creditor TRUPEX RESTORATION SOLUTIONS LLC matthew.green@obermayer.com, vanja.moraca@obermayer.com;Patricia.Schlindwein@obermayer.com;joshua.kaplan@obermayer.com |
| Nicole M. Nigrelli | on behalf of Plaintiff TRUPEX MANAGEMENT GROUP INC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Nicole M. Nigrelli | on behalf of Plaintiff TRUPEX RESTORATION SOLUTIONS LLC nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Paul Stadler Pflumm | on behalf of Trustee Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |
| Paul Stadler Pflumm | on behalf of Plaintiff Andrew Sklar ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... rsolarz@kmllawgroup.com |
| Thomas A. Hagner | on behalf of Creditor William P. Gillon tahagner@hzlawpartners.com |
| Thomas A. Hagner | on behalf of Defendant William Gillon tahagner@hzlawpartners.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 22